# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Amber Pickett,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Faith and Freedom Coalition Incorporated, et al.,<br><br>　　　　Defendants. | No. CV-19-00014-PHX-DLR<br><br>**ORDER** |

The Court has reviewed Plaintiff's Unopposed Motion for Extension of Time to Respond to Defendants' Motion to Dismiss and Motion to Stay. (Doc. 25.) For good cause shown,

**IT IS ORDERED** that Plaintiff's Unopposed Motion for Extension is **GRANTED**.

**IT IS ORDERED** extending the deadline for Plaintiff to file her responses to Defendants' Motion to Dismiss (Doc. 19) and Motion to Stay (Doc. 21), through and including **March 1, 2019**.

Dated this 22nd day of February, 2019.

Douglas L. Rayes
United States District Judge