| | |
|---|---|
| Manuel S. Hiraldo, Esq.<br>**HIRALDO P.A.**<br>Florida Bar No. 030380<br>401 E. Las Olas Boulevard Suite 1400<br>Ft. Lauderdale, Florida 33301<br>mhiraldo@hiraldolaw.com<br>Telephone: 954.400.4713 | Michael Eisenband<br>**EISENBAND LAW, P.A.**<br>515 E. Las Olas Boulevard, Suite 120<br>Ft. Lauderdale, Florida 33301<br>Florida Bar No. 94235<br>MEisenband@Eisenbandlaw.com<br>Telephone: 954.533.4092 |
| Ignacio J. Hiraldo<br>**IJH LAW**<br>14 NE First Ave.<br>10th Floor Miami,<br>FL 33132<br>Florida Bar No. 56031<br>Email: ijhiraldo@ijhlaw.com<br>Telephone: 786.351.8709 | Frank S. Hedin<br>**Hedin Hall LLP**<br>1395 Brickell Ave, Suite 900<br>Miami, FL 33131<br>Email: fhedin@hedinhall.com<br>Telephone: 305.357.2107 |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Amber Pickett, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Faith and Freedom Coalition, Inc.; Ralph Reed; and Americans of Faith,<br><br>Defendants. | Case No.: CV-19-00014-PHX-DLR<br><br>(Assigned to Hon. Douglas L. Rayes) |

**STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that

the above-entitled action against Faith and Freedom Coalition, Inc., Ralph Reed, and Americans of Faith shall be and hereby is dismissed with prejudice and without costs, disbursements or attorneys' fees to any party. The claims of the putative class are dismissed without prejudice.

Respectfully submitted,

DATED: June 28, 2019

/s/ Steve P. Roberts
Steve P. Roberts*
Jason B. Torchinsky*
HOLTZMAN VOGEL JOSEFIAK TORCHINSKY PLLC
45 North Hill Drive, Suite 100
Warrenton, VA 20186
Telephone: (540) 341-8808
Facsimile: (540) 341-8809
sroberts@hvjt.law
dwpolio@hvjt.law

Brian M. Bergin
Bergin, Frakes, Smalley & Oberholtzer
4343 East Camelback Road, Suite 210
Phoenix, Arizona 85018
Ofc: 602.888.7857
Fax: 602.888.7856
bbergin@bfsolaw.com


* *Pro Hac Vice*

*Counsel for Defendant*

Respectfully submitted,

By: /s/ Michael Eisenband
Michael Eisenband*
EISENBAND LAW, P.A.
515 E. Las Olas Boulevard, Suite 120
Ft. Lauderdale, Florida 33301
Florida Bar No. 94235
Email: MEisenband@Eisenbandlaw.com
Telephone: 954.533.4092

Frank S. Hedin*
HEDIN HALL LLP
Florida Bar No. 291289
1395 Brickell Avenue, Suite 900
Miami, Florida 33131
fhedin@hedinhall.com
Telephone: (305) 357-2107
Facsimile: (305) 200-8801

Ignacio J. Hiraldo*
IJH LAW
Florida Bar No. 0056031
1200 Brickell Ave Suite 1950
Miami, FL 33131
ijhiraldo@ijhlaw.com
Telephone: 786.496.4469

| | |
|---|---|
| 1 | |
| 2 | Manuel S. Hiraldo* |
| 3 | HIRALDO P.A. |
|   | Florida Bar No. 030380 |
| 4 | 401 E. Las Olas Boulevard |
|   | Suite 1400 |
| 5 | Ft. Lauderdale, Florida 33301 |
| 6 | mhiraldo@hiraldolaw.com |
|   | Telephone: 954.400.4713 |
| 7 | |
| 8 | *  *Pro Hac Vice* |
| 9 | |
|   | *Counsel for Plaintiff* |

## CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2019, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF Registrants:

Brian M. Bergin
Bergin, Frakes, Smalley & Oberholtzer
4343 East Camelback Road
Suite 210,
Phoenix, Arizona 85018

Jason Torchinsky
Steve Roberts
Holtzman Vogel Josefiak Torchinsky
45 North Hill Drive, #100
Warrenton, Virginia 20186

*Co-Counsel for Defendants*

By: /s/ Michael Eisenband