# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Amber Pickett, | No. CV-19-00014-PHX-DLR |
| Plaintiff, | **ORDER** |
| v. | |
| Faith and Freedom Coalition Incorporated, et al., | |
| Defendants. | |

The Court has reviewed the parties' Stipulation of Dismissal with Prejudice. (Doc. 57.) For good cause shown,

**IT IS ORDERED** that the above-styled case is dismissed with prejudice. Each party will bear its own attorneys' fees and costs. All pending motions are denied as moot and all deadlines are terminated.

**IT IS FURTHER ORDERED** that the Clerk of Court is directed to close this case.

Dated this 2nd day of July, 2019.

Douglas L. Rayes
United States District Judge